# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DANNY HUERTA, | CASE NO. 1:08-cv-01889-LJO-GBC (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MARGARET MIMMS, et al., | |
| Defendants. | |
| _____/ | |

### ORDER

Plaintiff Joe Danny Huerta is a former detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's original complaint filed December 9, 2008. (ECF No. 1.) On September 28, 2009, the Magistrate Judge screened the complaint and found that it states at least one cognizable claim against Doe Defendants for excessive force in violation of the Eighth Amendment. (ECF No. 10.)

While the complaint states a claim for relief for excessive force, Plaintiff does not identify Doe Defendants. Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve

unidentified defendants.

The Court finds that appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff in identifying the Doe Defendants and filing a complaint, or amended complaint, if necessary.  **Julius M. Cruz** has been selected by random draw from the Court's pro bono attorney panel to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. **Julius M. Cruz** is appointed limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of assisting Plaintiff in identifying the Doe Defendants and filing a complaint, or amended complaint, if necessary.

2. **Julius M. Cruz** has ninety (90) days from the date of service of this Order in which to provide the Court with additional information identifying the Doe Defendants, and file a complaint, or amended complaint, if necessary.  Mr. Cruz's appointment will terminate when Defendants have filed an answer to Plaintiff's complaint.

3. **Julius M. Cruz** shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. If Plaintiff agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within thirty (30) days of this Order.  If Plaintiff rejects the appointment of counsel, counsel shall notify the Court in writing within thirty (30) days and counsel will be allowed to withdraw so Plaintiff may proceed pro se.

5.  The Clerk of the Court is directed to serve a copy of this order upon **Julius M. Cruz**, Sawl Law Group, 2150 Tulare Street, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   June 20, 2011

UNITED STATES MAGISTRATE JUDGE