# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DANNY HUERTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMMS, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-01889-LJO-GBC (PC)<br><br><br>ORDER DENYING PLAINTIFF'S MOTION TO OPEN DISCOVERY<br><br>(ECF No. 16) |

## ORDER

Plaintiff Joe Danny Huerta is a former detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's original complaint filed December 9, 2008. (ECF No. 1.) On September 28, 2009, the Magistrate Judge screened the complaint and found that it stated at least one cognizable claim against Doe Defendants for excessive force in violation of the Eighth Amendment. (ECF No. 10.)

While the complaint states a cognizable claim, Plaintiff was unable to identify Doe Defendants. Plaintiff filed a motion to open early discovery so that he could provide the Court with information to identify the Doe Defendants. (ECF No. 16.) Instead, the Court appointed counsel for the limited purpose of assisting Plaintiff in

1  identifying the Doe Defendants and filing a complaint, or amended complaint, if
2  necessary.  (ECF No. 17.)
3       Therefore, it is unnecessary, at this time, to open discovery.
4       Accordingly, Plaintiff's Motion to open discovery is HEREBY DENIED.
5  IT IS SO ORDERED.

Dated:   June 20, 2011

UNITED STATES MAGISTRATE JUDGE