UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DANNY HUERTA,<br><br>　　　　　　Plaintiff,<br>　v.<br>MARGARET MIMMS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:08-CV-01889-LJO-GBC (PC)<br><br>ORDER REQUIRING APPOINTED COUNSEL TO FILE STATUS OF THE CASE WITHIN THIRTY DAYS |

　　　Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's original complaint filed December 9, 2008. Doc. 1.

　　　On June 21, 2011, the Court appointed counsel for Plaintiff for the limited purpose of assisting Plaintiff in identifying the Doe Defendants and filing a complaint, or an amended complaint, if necessary. The Court appointed Julius M. Cruz, Esq., from the Court's pro bono attorney panel to represent Plaintiff. The Court ordered Mr. Cruz to file a notice of association of counsel within thirty days of the June 21, 2011 order and ordered Mr. Cruz to provide the Court with additional information identifying the Doe Defendants, and file a complaint, or an amended complaint, if necessary, within ninety days of the June 21, 2011 order. To date, Mr. Cruz has not complied with the order.

Accordingly, IT IS HEREBY ORDERED that:

1. Julius M. Cruz, Esq., has **thirty (30) days** from the date of service of this order in which to provide the Court with a status of the case; and

2. The Clerk of the Court is directed to serve a copy of this order upon Julius M. Cruz, Esq., Sawl Law Group, 2150 Tulare Street, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:     November 7, 2011

UNITED STATES MAGISTRATE JUDGE